Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALEB COBB HUISKENS, individually and dba C.C. HUISKENS GENERAL ENGINEERING<br><br>Defendants. | Case No.: C08-0940 WDB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**and**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 15, 2008

Respectfully submitted,
SALTZMAN & JOHNSON
LAW CORPORATION

By: /s/ Muriel B. Kaplan
Muriel B. Kaplan
Attorneys for Plaintiffs

-1-
**DECLININATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**Case No.: C08-0940 WDB**

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On February 15, 2008, I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**and**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Caleb Cobb Huiskens**
**dba C.C. Huiskens General Engineering**
**1115 Mary Court**
**Arbuckle, California 95912**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 15th day of February, 2008, at San Francisco, California.

Andrea Gonzalez