1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No.: C08-0940 WDB |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| CALEB COBB HUISKENS, individually and dba C.C. HUISKENS GENERAL ENGINEERING | |
| Defendants. | |

///

///

///

///

///

///

///

**NOTICE OF VOLUNTARY DISMISSAL**
**CASE NO.: C08-0940 WDB**

1   PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., voluntarily dismiss, without prejudice, their claim against defendant CALEB COBB HUISKENS, individually and dba C.C. HUISKENS GENERAL ENGINEERING.   Defendant has not been served and plaintiffs have not previously filed or dismissed any similar action against defendant.

Dated: May 22, 2008                              SALTZMAN & JOHNSON LAW CORPORATION

                                                 By: _____/s/_____
                                                     Muriel B. Kaplan
                                                     Attorneys for Plaintiffs

IT IS SO ORDERED.

Date:_____                            _____
                                                 UNITED STATES DISTRICT COURT JUDGE

**NOTICE OF VOLUNTARY DISMISSAL**
**CASE NO.: C08-0940 WDB**

P:\CLIENTS\OE3CL\Huiskens General Engineering\Pleadings\C08-0940 WDB Notice of Voluntary Dismissal Without Prejudice 052708.DOC