Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CALEB COBB HUISKENS, individually and dba C.C. HUISKENS GENERAL ENGINEERING<br><br>　　　　Defendants. | Case No.: C08-0940 WDB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

///

///

///

///

///

///

///

NOTICE OF VOLUNTARY DISMISSAL
**CASE NO.: C08-0940 WDB**

P:\CLIENTS\OE3CL\Huiskens General Engineering\Pleadings\C08-0940 WDB Notice of Voluntary Dismissal Without Prejudice 052708.DOC

1  PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., voluntarily dismiss, without prejudice, their claim against defendant CALEB COBB HUISKENS, individually and dba C.C. HUISKENS GENERAL ENGINEERING. Defendant has not been served and plaintiffs have not previously filed or dismissed any similar action against defendant.

Dated: May 22, 2008          SALTZMAN & JOHNSON LAW CORPORATION


By: _____/s/_____
     Muriel B. Kaplan
     Attorneys for Plaintiffs


IT IS SO ORDERED.

Date:__ 6/5/08 _____       _____
                                UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

NOTICE OF VOLUNTARY DISMISSAL
CASE NO.: C08-0940 WDB

P:\CLIENTS\OE3CL\Huiskens General Engineering\Pleadings\C08-0940 WDB Notice of Voluntary Dismissal Without Prejudice 052708.DOC